# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 01:05-CR-0329 |
| | : |
| | : (Judge Conner) |
| | : |
| **v.** | : |
| | : |
| **ZEARD WINFIELD** | : |

## ORDER

AND NOW, this 3rd day of November, 2005, upon consideration of the correspondence from defendant and addressed to the attention of the court, in which defendant requests the replacement of his court-appointed counsel, Attorney Daniel M. Myshin, it is hereby ORDERED that:

1. The correspondence is CONSTRUED as a motion for substitution of counsel.

2. The Clerk of Court is directed to DOCKET UNDER SEAL the attached motion for substitution of counsel and to forward a copy of the motion to Attorney Daniel M. Myshin.

3. Attorney Daniel M. Myshin shall file, on or before November 11, 2005, a response to the motion.

4. Defendant shall be permitted to file a brief in reply on or before November 25, 2005.

                                                 S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge